IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW G. STANSBURY, JR., <br> [DOB: 06/16/1998] <br><br> Defendant. | Case No. _____ <br> ***(Felon in Possession of a Firearm)*** <br> 18 U.S.C. §§ 922(g)(1) and 924(a)(8) <br> NMT 15 Years' Imprisonment <br> NMT $250,000 Fine <br> NMT 3 Years' Supervised Release <br> Class C Felony <br><br> $100 Mandatory Assessment Per Count |

# **I N D I C T M E N T**

THE GRAND JURY CHARGES THAT:

On or about July 22, 2023, in the Western District of Missouri, the defendant, MATTHEW G. STANSBURY, JR., knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a Taurus, Model G3C, 9mm caliber handgun, which had been transported in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

A TRUE BILL.

08/01/2023
DATE

*/s/ Gene Stattelman*
FOREPERSON OF THE GRAND JURY

*/s/ Jeffrey McCarther*
Jeffrey Q. McCarther
Assistant United States Attorney
Violent Crime & Drug Trafficking Unit
Western District of Missouri